| | | |
|---|---|---|
| Joseph M. Still Burn Centers, Inc., | ) | Civil Action No.  6:09-cv-01626-HFF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CONSENT ORDER FOR STAY** |
| | ) | |
| CIGNA HealthCare of South Carolina, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

CIGNA HealthCare of South Carolina, Inc. ("CIGNA"), and Plaintiff jointly moved that this Court grant a stay of this litigation until December 8, 2009. This case is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended.  29 U.S.C. § 1001, *et seq.*    The grounds for the motion are that Plaintiff and CIGNA agree that it is in both parties' best interest that the litigation be stayed until December 8, 2009 so that the parties may have additional time to attempt to resolve the case.  The parties advise that Plaintiff is a medical provider who rendered care to a patient who participated in an ERISA governed plan insured by the Defendant.  The billed medical charges were significant and the parties are trying to work through a detailed analysis of what may be due and owing under various preferred provider contracts.  The parties advise that that analysis requires evaluation of CPT Codes and benefit schedules.  The parties advise that with additional time to consider the issues that they are hopeful that the matter can be resolved amicably.

Presently no scheduling order has been entered, and presently CIGNA's Answer or other responsive pleading to the Amended Complaint is due on or before September 14, 2009.

The Parties agree that with the entering of the stay, CIGNA's deadline to Answer or otherwise plead is December 14, 2009.

The Court grants the motion for a stay and hereby stays the case until December 8, 2009 and orders that CIGNA's deadline to Answer or otherwise plead is December 14, 2009.

SO ORDERED.

<u>**s/Henry  F. Floyd**</u>
Henry F. Floyd
Judge United States District Court

September _10__, 2009